# Court of Appeals
# of the State of Georgia

ATLANTA,  July 03, 2024

*The Court of Appeals hereby passes the following order:*

**A24A1712.  DARRYL ROBINSON v. THE STATE.**

In 2018, a jury found Darryl Robinson guilty of armed robbery, possession of a firearm during a felony, and possession of a firearm by a convicted felon. The trial court sentenced Robinson to life imprisonment without parole plus five years. Robinson's attorney filed a timely motion for new trial, and appellate counsel filed an amended motion, which the trial court denied on March 31, 2020. On November 10, 2022, Robinson filed a pro se notice of appeal.[1] We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). "Compliance with this statutory deadline for filing a notice of appeal is an 'absolute requirement' to confer jurisdiction on an appellate court." *Collier v. State*, 307 Ga. 363, 371 (2) (834 SE2d 769) (2019). Pretermitting whether Robinson's pro se notice of appeal was otherwise properly filed, because Robinson filed it more than two years after the trial court entered its order denying his motion for new trial, the notice of appeal is untimely. Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.

To the extent Robinson's right to timely seek appellate review was frustrated due to a trial court or clerk error, his remedy is to petition the trial court to vacate and re-enter the order at issue in the manner described in *Cambron v. Canal Ins. Co.*, 246 Ga. 147, 148-149 (1) (269 SE2d 426) (1980), disapproved in part by *Wright v. Young*,

---

[1] In January 2024, Robinson filed a pro se motion to vacate, set aside, or correct sentence, which remains pending.

297 Ga. 683, 684, n. 3 (777 SE2d 475) (2015).



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*    07/03/2024

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*